# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF SHANE SMITHSON, REGISTERED OWNER OF THE WIZARK OF ODDZ, etc., | Case No.: 15cv2465 MMA (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [ECF No. 37];**<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On August 15, 2017, the parties filed a joint motion to continue discovery and other pre-trial proceedings and trial. Upon good cause appearing, the Court hereby issues the following amended schedule for the remainder of the dates in this case:

    1.    The telephonic Case Management Conference scheduled for August 17, 2017 is vacated and rescheduled for **September 29, 2017** at **9:30 a.m.** Counsel for each party shall participate in the conference, and shall use the following call-in information: Dial-In Number 866-590-5055, Access Code 2275709.

    2.    By **October 5, 2017**, each party must comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as an employee of the party regularly involve the giving of expert testimony.  **Except as provided in the paragraph below, any party that fails to make these disclosures will not, absent substantial justification, be permitted to use evidence or testimony not disclosed at any hearing or at the time of trial.  In addition, the Court may impose sanctions as permitted by Fed. R. Civ. P. 37(c).**

3. Any party must supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **November 2, 2017**.

4. All discovery must be completed by all parties by **November 30, 2017**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process.  If the parties reach an impasse on any discovery issue, counsel must file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules.  **A failure to comply in this regard will result in a waiver of a party's discovery issue.  Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

5. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

6. Motions in limine are due **April 9, 2018**, and will be heard at the

2
15cv2465 MMA (JMA)

Pretrial Conference. Oppositions to motions in limine are due **April 23, 2018**. No Reply briefs will be accepted.[1] All other dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **January 8, 2018**. Counsel for the moving party must obtain a motion hearing date from Judge Anello's law clerk. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

7. A Mandatory Settlement Conference will be conducted on **April 3, 2018** at **10:00 a.m.** in the chambers of Magistrate Judge Jan M. Adler. Counsel or any party representing himself or herself must submit confidential settlement briefs directly to chambers by **March 27, 2018**. All parties are ordered to read and to fully comply with the Chamber Rules of the assigned magistrate judge.

8. The parties must file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **April 16, 2018**.

9. Counsel must comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **April 23, 2018**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

10. Counsel must meet and take the action required by Local Rule 16.1(f)(4) by **April 30, 2018**. At this meeting, counsel will discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel will exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits must be prepared in accordance with

---

[1] For further information regarding motions in limine, please refer to Judge Anello's Civil Chambers Rules.

Local Rule 16.1(f)(4)(c). Counsel must note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel must cooperate in the preparation of the proposed pretrial conference order.

11. The final Pretrial Conference is scheduled on the calendar of the **Honorable Michael M. Anello** on **May 14, 2018** at **2:30 p.m.**

12. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **May 18, 2018**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's counsel concerning any objections to form or content of the pretrial order, and both parties must attempt promptly to resolve their differences, if any, concerning the order.

13. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures must be prepared, served and lodged with Judge Anello by **May 25, 2018**,[2] and must be in the form prescribed in and comply with Local Rule 16.1(f)(6).

14. The trial is scheduled to start on **June 12, 2018** at **9:00 a.m.** The parties must file proposed jury instructions and verdict forms no later than 5 p.m. on **June 7, 2018**, unless otherwise directed by the Court. The parties should simultaneously email an electronic copy (Microsoft Word or Word Perfect format) to Judge Anello's e-file email address, efile_anello@casd.uscourts.gov.

15. The parties must review and be familiar with Judge Anello's Civil Chambers Rules.

---

[2] As noted in Judge Anello's Civil Chambers Rules: "This rule modifies and supersedes the deadlines set forth in Civil Local Rule 16.1.f.6.b, as well as any inconsistent terms of a scheduling/case management order issued in a case by the assigned magistrate judge. Judge Anello **does not** require the parties to submit a joint proposed pretrial order *prior* to the final pretrial conference, and thus the requirement of Local Rule 16.1.f.6.b is **waived**. This policy allows for the parties to take into account the Court's rulings on motions in limine when preparing the joint proposed pretrial order."

16. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

17. The dates and times set forth herein will not be modified except for good cause shown.

18. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum will exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

19. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED**.

Dated: August 16, 2017

_____
Honorable Jan M. Adler
United States Magistrate Judge